Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

---

**SAN LAZARO ASSOCIATION, INC., d/b/a Biomedical Laboratory, Plaintiff—Appellee,**

v.

**Kathleen CONNELL, Controller of the State of California, Defendant—Appellant.**

**No. 03–56164.**

**D.C. No. CV–98–06216–RJK.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2005.

Decided March 2, 2005.

Patric Hooper, Esq., Hooper, Lundy & Bookman, Los Angeles, CA, for Plaintiff–Appellee.

Sandra L. Goldsmith, Esq., AGCA—Office of the California Attorney General, Los Angeles, CA, for Defendant–Appellant.

Before KOZINSKI and TROTT, Circuit Judges, and SAND, Senior District Judge.*

MEMORANDUM **

The District Court's denial of Defendant–Appellant's request for attorney's

* Hon. Leonard B. Sand, Senior U.S. District Judge for the Southern District of New York, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

fees did not constitute an abuse of its discretion.

AFFIRMED.

---

* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.